NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN ELLIOT MURRAY,          )
DOC #R51831,                   )
                               )
        Appellant,             )
                               )
v.                             )
                               )   Case No.  2D18-74
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Pasco
County; Debra Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.